IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSH AMEZOLA, | § § § | |
| Plaintiff, | § § | No. 4:14cv686 |
| VS. | § § | Judge Atlas |
| PREMIUM SPRAY PRODUCTS, INC., | § § | |
| Defendant. | § | |
| | | |
| PREMIUM SPRAY PRODUCTS, INC., | § § | |
| Plaintiff, | § § | No. 4:14cv1633 |
| vs. | § § | Judge Rosenthal |
| JOSH AMEZOLA, | § § | |
| Defendant. | § | |

**ORDER**

It is ORDERED that these cases are consolidated into No. 4:14cv686. It is further ORDERED that within fourteen days Premium Spray Products, Inc. may file its claims from No. 4:14cv1633 as counterclaims in the consolidated action.

Signed on June 19, 2014.

_____
Nancy F. Atlas
United States District Judge